# EXHIBIT A

**EXHIBIT "A"**

| Event | Proposed Deadline |
|---|---|
| Parties to submit Proposed Protective Order – LR 16.6(c)(6) | 01/16/26 |
| Parties to submit Proposed ESI Order | 01/30/26 |
| Initial Disclosures – FRCP 26(a)(1) | Not later than 14 days after Rule 26 Conference |
| Scheduling Conference | 12/15/25 |
| Identification of Asserted Claims | 01/05/26 |
| Patentee's Preliminary Patent-Related Disclosures – LR 16.6(d)(1) | 02/04/26 |
| Conference concerning preliminary patent disclosures – LR 16.6(d)(2) | 02/25/26 |
| Accused Infringer's Preliminary Invalidity and Non-infringement Contentions, Production of Technical Documents, Source Code, and Samples of Accused Products – LR 16.6(d)(4) | 03/18/26 |
| Mutual exchange of claim terms – LR 16.6(e)(1)(A) | 04/08/26 |
| Meet and confer regarding claim terms - LR 16.6(e)(1)(B) | 04/15/26 |
| Submit joint claim statement - LR 16.6(e)(1)(D) | 04/22/26 |
| Opening claim construction briefs - LR 16.6(e)(2-3) | 05/13/26 |
| Responsive claim construction briefs - LR 16.6(e)(4) | 06/24/26 |
| Claim construction tutorials - LR 16.6(e)(6) | At least 14 days before the claim construction hearing. |
| Claim Construction Hearing - LR 16.6(c)(2) | Within 9 months of Scheduling Conference, subject to the Court's convenience |
| Last day to file a motion to amend the pleadings - LR 16.1(f)(1) | Not later than 28 days after Court's Claim Construction Order |
| All written discovery must be served | Not later than 60 days before close of fact discovery |
| Last day to provide written opinions if relying on opinion of counsel, including any privilege log - LR 16.6(f)(1) | Not later than 28 days after entry of the Court's Claim Construction Order |

| | |
|---|---|
| Close of fact discovery, last day for deposition of fact witnesses - LR 16.1(f)(3), 16.6(c)(4) | Not later than fifteen (15) months after Scheduling Conference or sixty (60) days after Claim Construction Order, whichever is later |
| Meet and confer on claim and prior art narrowing | Not later than seven (7) days after close of fact discovery |
| Identification of trial expert witnesses - LR 16.1(f)(4), FRCP 26(a)(2) | 60 days after the Claim Construction Order |
| Initial expert reports | 45 days after close of fact discovery |
| Rebuttal expert reports | 30 days after initial expert reports |
| Close of expert discovery - LR 16.6(c)(5) | 30 days after rebuttal expert reports |
| Meet and confer on claim and prior art narrowing | Not later than seven (7) days after the close of expert discovery |
| Last day to file Motions for Summary Judgment and *Daubert* motions - LR 16.1(f)(6) | 45 days after close of expert discovery |
| Last day to file Opposition to Motions for Summary Judgment and *Daubert* motions - LR 16.1(f)(6), 56.1 | 30 days after the motion is served. |
| Last day to file Reply to Motions for Summary Judgment and *Daubert* Motions - LR 16.1(f)(6), 56.1 | 21 days after the response is served. |
| Pretrial Memorandum - the parties must prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) | 5 days before the initial pretrial conference |
| Initial Pretrial Conference | Set by the Court |
| Pretrial Memorandum - the parties must prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) | 5 days before the initial pretrial conference |
| Final Pretrial Conference | To be set at the initial pretrial conference |
| Trial - LR 16.6(c)(1) | To be set at the initial pretrial conference. |

| | To be held within 24 months after the Scheduling Conference |
|---|---|