# EXHIBIT B

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COGMEDIA LLC, | § § | |
| Plaintiff | § § | CASE NO. 1:25-cv-12127 |
| vs. | § § | |
| META PLATFORMS, INC., | § § | |
| Defendant. | § | |

## COGMEDIA LLC'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to L.R. 16.1(d)(3), Plaintiff Cogmedia LLC, and its undersigned counsel, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the course of litigation and various alternative courses of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: December 8, 2025

Respectfully Submitted By:

*/s/ Jonathan T. Suder*
Jonathan T. Suder (pro hac vice)
(Texas Bar # 19463350)
Michael T. Cooke (pro hac vice)
(Texas Bar # 04759650)
Dave R. Gunter (pro hac vice)
(Texas Bar # 24074334)
Alexander Yow
(Texas Bar # 24143547)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
jts@fsclaw.com
mtc@fsclaw.com
gunter@fsclaw.com
ayow@fsclaw.com

1

Kerry Timbers (BBO # 552293)
Kevin R. Mosier (BBO # 703739)
SUNSTEIN LLP
100 High Street, 20th Floor
Boston, MA 02110-2321
617-443-9292
ktimbers@sunsteinlaw.com
kmosier@sunsteinlaw.com

**ATTORNEYS FOR
PLAINTIFF COGMEDIA LLC**

**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COGMEDIA LLC, | § § | |
| Plaintiff | § § | CASE NO. 1:25-cv-12127 |
| vs. | § § § | |
| META PLATFORMS, INC., | § § | |
| Defendant. | § § | |

**META PLATFORM, INC.'S LOCAL RULE 16.1 CERTIFICATION**

Pursuant to L.R. 16.1(d)(3), Defendant Meta Platforms, Inc. and its undersigned counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the course of litigation and various alternative courses of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: December 8, 2025

Respectfully submitted,

By:
/s/ Matthias A. Kamber
**PAUL HASTINGS LLP**
200 Clarendon Street, 49th Floor
Boston, MA 02116
Tel: (415) 856-7050
Fax: (415) 856-7150

Matthias A. Kamber (Mass BBO #654217)
**PAUL HASTINGS LLP**
101 California St., 48th Floor
San Francisco, CA 94111
Tel: (415) 856-7050
Fax: (415) 856-7150
matthiaskamber@paulhastings.com

1

2

        Lisa Nguyen (*pro hac vice*)
        Eric Lancaster (*pro hac vice*)
        Joshua Yin (*pro hac vice*)
        Michelle Zhang (*pro hac vice*)
        Yehuda Feldman (*pro hac vice*)
        **PAUL HASTINGS LLP**
        1117 S. California Ave.
        Palo Alto, CA 94304
        Tel: (650) 320-1800
        Fax: (650) 320-1990
        lisanguyen@paulhastings.com
        ericlancaster@paulhastings.com
        joshuayin@paulhastings.com
        michellezhang@paulhastings.com

        Diane Ghrist (*pro hac vice*)
        **PAUL HASTINGS LLP**
        2050 M Street NW
        Washington, DC 20036
        Tel: (202) 551-1700
        Fax: (202) 551-1474
        dianeghrist@paulhastings.com

        ***Attorneys for Defendant Meta Platforms, Inc.***